# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# PLEA HEARING

| | |
|---|---|
| UNITED STATES OF AMERICA, | **COURT MINUTES - CRIMINAL** |
| Plaintiff, | Case No: 25-CR-105 (1) LMP/DLM |
| v. | Date: 7/2/2025 |
| | Court Reporter: Lynne Krenz |
| JESSICA LYNN LARSON, | Courthouse: St. Paul |
| | Courtroom: 3A |
| Defendant. | Time Commenced: 2:00 p.m. |
| | Time Concluded: 2:49 p.m. |
| | Time in Court: 49 Minutes |

Before Laura M. Provinzino, United States District Judge, at St. Paul, Minnesota.

Defendant's true name if different from charging instrument:
☐ Parties ordered to file stipulation or proposed order for name change.
☐ Clerk of Court is directed to change name to:

APPEARANCES:

   For Plaintiff:  Rachel Kraker, Assistant United States Attorney
   For Defendant:  Eric Newmark and Hillary Parsons, Retained

PROCEEDINGS:
   ☒ **Change of Plea Hearing.**
   ☒ PLEA:
      ☒ Guilty as to Count 2 of the Indictment.
   ☒ Presentence Investigation and Report requested.
   ☐ Defendant remanded to the custody of the U.S. Marshal.
   ☒ Bond continued.
   ☒ Sentencing will be set with the parties after Presentence Investigation Report is received.

s/T. Campbell<br>
Courtroom Deputy