# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

## SENTENCING HEARING

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>JESSICA LYNN LARSON,<br><br>　　　　Defendant. | **COURT MINUTES – CRIMINAL**<br>BEFORE: Laura M. Provinzino<br>U.S. District Judge<br><br>Case No:　　　　25-cr-105 LMP/DLM<br>Date:　　　　January 20, 2026<br>Court Reporter:　　Lynne Krenz<br>Courthouse:　　St. Paul<br>Courtroom:　　3A<br>Time Commenced:　10:06 a.m.<br>Time Concluded:　10:42 a.m.<br>Time in Court:　36 minutes |

**APPEARANCES:**
Plaintiff:　　Jeanne Semivan, Special Assistant United States Attorney
Defendant:　Hillary Parsons and Eric Newmark, Retained

**PROCEEDINGS:**
☒ Sentencing.

**IT IS ORDERED:**
Defendant is sentenced to:

| Count No. | Plea | Verdict | BOP | AG | SR | PROB | HA |
|---|---|---|---|---|---|---|---|
| 2 | X | | 6 months | | 1 year | | |

☒ Count 1 is dismissed on the motion of the United States.
☒ Special conditions: See J&C for special conditions
☒ Special assessment in the amount of $100.00 to be paid.

　　　　　　　　　　　　　　　　　　　　　　　　s/ T. Campbell
　　　　　　　　　　　　　　　　　　　　　　　　Courtroom Deputy